[No. 11712.  In Bank. — November 29, 1886.]

JOHN GRANT, RESPONDENT, *v.* FRANCISCA URQUI-
DEZ DE LAMORI, ADMINISTRATRIX, ETC., OF LOUIS
LAMORI, DECEASED, ET AL.  UMPARA LAMORI DE
PLUMMER ET AL., APPELLANTS.

APPEAL — FAILURE TO FILE TRANSCRIPT — DISMISSAL — ORDER EXTENDING
TIME FOR FILING. — A motion was made to dismiss the appeal on the
ground that no transcript had been filed within forty days after the ap-
peal was taken, and no order extending the time for filing had been
made of record.  Before the expiration of the time, the appellant ob-
tained the signatures of four of the justices to an order for an extension,
but inadvertently neglected to file it until two days after the notice of
motion to dismiss was served.  *Held,* that the appeal should not be dis-
missed.

APPEAL from a judgment of the Superior Court of Los
Angeles County, and from an order refusing a new trial.

Motion to dismiss appeal.  The facts are stated in the
opinion of the court.

*H. Allen,* for Appellants.

*Howard & Scott,* for Respondent.

The COURT. — Motion to dismiss appeal.  The forty
days within which to file the transcript expired on the
17th of June, 1886.  On the 19th of June, no transcript
having been filed, and no order of record extending the
time, the respondents moved to dismiss the appeal.  Be-
fore the 17th of June, the appellant obtained the signa-
tures of four of the justices to an order extending the
time, but this order was not filed until after the notice
of motion to dismiss was granted; it was filed, however,
on June 21st.  We are satisfied that the omission of the
appellant to file the order of extension with the clerk
was through inadvertence; and under such circumstances
we do not think the ends of justice would be subserved
by enforcing a strict rule and dismissing his appeal.
The motion is denied.